IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELDRIDGE PUBLISHING COMPANY,
INC., a Florida Corporation,

       Plaintiff,

vs.                               CASE NO.: 4:07cv397-SPM/WCS

MS. CHASE LEYNER, an individual,
and HOBOKEN CHILDREN'S
THEATER, LLC., a New Jersey
Limited Liability Company,

       Defendants.
_____/

## ORDER EXTENDING TIME TO FILE RESPONSE

Upon consideration, Defendants' unopposed motion (doc. 6) for an extension of time to file a response to the complaint is granted. Defendants shall have up to and including October 30, 2007, to file a response.

SO ORDERED this 17th day of October, 2007.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge