IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELDRIDGE PUBLISHING COMPANY,
INC., a Florida Corporation,

       Plaintiff,

vs.                          CASE NO.: 4:07cv397-SPM/WCS

MS. CHASE LEYNER, an individual,
and HOBOKEN CHILDREN'S
THEATER, LLC., a New Jersey
Limited Liability Company,

       Defendants.
_____/

## ORDER OF DISMISSAL

      This case has been dismissed with prejudice pursuant to the parties'

Stipulation for Dismissal With Prejudice (doc. 14) and Federal Rule of Civil

Procedure 41(a)(1).  Accordingly, the clerk shall close this case.

      SO ORDERED this 5th day of December, 2007.

                  *s/ Stephan P. Mickle*

                  Stephan P. Mickle
                  United States District Judge